COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Shatish Patel, M.D., Hemalatha Vijayan, M.D., Subodh Sonwalkar, M.D., Wolley Oladut M.D. **V.** St. Luke's Sugar Land Partnership, L.L.P. and St. Luke's Community Development Corporation-Sugar Land

Appellate case number:   01-13-00273-CV

Trial court case number:  2011-24016

Trial court:             152nd District Court of Harris County

Date motion filed:       November 22, 2013

Party filing motion:     St. Luke's Sugar Land Partnership, L.L.P. and St. Luke's Community Development Corporation-Sugar Land

It is ordered that the motion for en banc reconsideration is **DENIED.**

Judge's signature: /s/ Michael Massengale
                    Acting for the Court

Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, and Huddle.

Justice Keyes dissents from the denial of en banc reconsideration

Date: January 27, 2014